UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

SERGE KANNON,                      CASE NO.: 22-cv-04097-AMD-VMS

    Plaintiff,

v.

WARRANTY PROTECTION SERVICES;
CARGUARD ADMINISTRATION,

    Defendants.
_____/

## DEFENDANT WARRANTY PROTECTION SERVICES' CORPORATE DISCLOSURE STATEMENT

Defendant Warranty Protection Services ("WPS"), by and through the undersigned attorneys, and pursuant to Fed. R. Civ. P. 7.1 and Rule 7.1.1 of the Local Rules of the United States District Court for the Eastern District of New York, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, discloses the following[1]:

1. Defendant WPS discloses that it does not have a parent corporation and no publicly held corporation owns 10% or more of stock in WPS.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated: August **3**, 2022.        Respectfully submitted,

                                     By: */s/ Joshua Deal*
                                           JOSHUA DEAL
                                           New York Bar No. 5447784
                                           Email: joshua.deal@gmlaw.com

---

[1] This Corporate Disclosure is made without waiver of, but rather in full preservation of, all defenses that may be available to WPS including, but not limited to, lack of subject-matter jurisdiction, lack of personal jurisdiction, improper venue, insufficient process, insufficient service of process, failure to state a claim upon which relief can be granted, and failure to join a party under Fed. R. Civ. P. 19.

51232295.1

JAMEY R. CAMPELLONE
Fla. Bar No. 119861
Email: jamey.campellone@gmlaw.com
Email: gabby.mangar@gmlaw.com
**GREENSPOON MARDER LLP**
590 Madison Avenue, Suite 1800
New York, NY 10022
Tel: (954) 527-6296
Fax: (954) 333-4027

*Attorneys for Defendants Warranty Protection Services and CarGuard Administration*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I filed the foregoing Corporate Disclosure Statement with the Clerk of the Court on this **3rd** day of August, 2022: United States District Court for the New York Eastern District, 225 Cadman Plaza East, Brooklyn, New York 11201. I also certify that the foregoing document is being served this day on all counsel of record and parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or via Federal Express mail for those counsel or Parties who are not authorized to receive Notices of Electronic Filing electronically, including via Federal Express mail to: **Plaintiff Serge Kannon**, 1021 E 108 Street, #2A, Brooklyn, NY 11236.

By: */s/ Joshua Deal*
JOSHUA DEAL

51232295.1